| | | |
|---|---|---|
| RETURN DATE: MARCH 8, 2016 | : | JUDICIAL DISTRICT OF: |
| PARCC HEALTHCARE INC. D/B/A ASTORIA PARK AND TALMADGE PARK INC. D/B/A TALMADGE PARK HEALTHCARE | : | NEW HAVEN |
| V. | : | AT NEW HAVEN |
| PARTNERS OF CONNECTICUT, LLC | : | FEBRUARY 4, 2016 |

## APPLICATION TO VACATE ARBITRATION AWARD

Pursuant to Conn. Gen. Stat. §52-418, the Plaintiff, PARCC Healthcare Inc. d/b/a Astoria Park and Talmadge Park Inc. d/b/a/ Talmadge Park Healthcare, (hereinafter "Talmadge") respectfully asks this Court to vacate the arbitration award issued by Arbitrator Robert B. Bellitto ("Arbitrator") on January 4, 2016, attached herewith. Specifically, Talmadge asks this Court, pursuant to Conn. Practice Book §23-1 to order a citation directing Partners of Connecticut, LLC to appear and show cause why this application should not be granted. The arbitrator was guilty of misconduct for failing to end the arbitration prejudicing the parties; moreover, the arbitrator exceeded his powers and imperfectly executed them and no mutual, final and definite award was made. The arbitrator never should have continued the exercise after the Plaintiff's Motion to Dismiss. The arbitrator did not have authority to hear the case and subject Talmadge to his authority. Talmadge moved for a motion to dismiss based on the inexistence of an enforceable arbitration clause on June 30, 2015. Therefore, the arbitrator failed to execute his duties correctly and was guilty of misconduct for failing to dismiss the action before him and exceeded his powers by continuing the action regardless of the absence of a binding arbitration agreement that was not superseded by later agreements between the parties.

WHEREFORE, PARCC Healthcare Inc. d/b/a Astoria Park and Talmadge Park Inc. d/b/a/ Talmadge Park Healthcare, respectfully requests the Court to vacate the arbitration award due to the arbitrator being guilty of misconduct and exceeding his powers by failing to end the arbitration when no binding arbitration clause existed between the parties.

THE PLAINTIFF

PARCC HEALTHCARE INC. D/B/A
ASTORIA PART AND TALMADGE PARK INC.
D/B/A TALMADGE PARK HEALTHCARE

BY: */s/ Kenneth A. Votre*

Kenneth A. Votre
Votre & Associates, P.C.
90 Grove Street
Suite 209
Ridgefield, CT 06877
Tel: 203-498-0065
Fax: 203-438-4202
Juris No. 422508