**NOTICE REGARDING HEARING**
JD-CL-105   Rev. 2/13

STATE OF CONNECTICUT
**OFFICE OF THE CLERK**
**SUPERIOR COURT**
*www.jud.ct.gov*



## Notice Regarding Hearing

A hearing has been scheduled for this matter on the date and time shown on the attached order which has been signed by the judge or a clerk of the court. You or an attorney representing you must come to court on the date and time shown in the order if you want to contest this matter.

**The court will conduct a conference with you or your attorney and the applicant or the applicant's attorney on this hearing date.** The purpose of the conference is to attempt to resolve issues and to schedule a hearing for this matter if it is required. The Court will not hold a hearing, at which witnesses can testify and evidence will be presented, on this date. If a hearing is required, the Court will schedule the matter for a hearing. The hearing is usually scheduled within two weeks of the conference.

If you or your attorney do not come to court on the date and time shown on the attached order, the Court **may** make a decision on this matter based on the papers filed by the applicant without scheduling a hearing at which witnesses can testify and evidence will be presented.

NNH-CV16-6060232

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

NNH-CV116-6060232
RETURN DATE: MARCH 8, 2016          :          JUDICIAL DISTRICT OF:

PARCC HEALTHCARE INC. D/B/A          :          NEW HAVEN
ASTORIA PARK AND TALMADGE PARK INC.
D/B/A TALMADGE PARK HEALTHCARE

V.          :          AT NEW HAVEN

PARTNERS OF CONNECTICUT, LLC          :          FEBRUARY 4, 2016

### Order To Show Cause

Whereas, the foregoing Application to Vacate Arbitration Award has been presented to

the court, and

Whereas, upon application of the plaintiff, it appears that an order should be issued

directing the defendants in this action to appear before the court to show cause why an order to

vacate the arbitration award should not be entered;

Now therefore, it is ordered that the defendants be summoned to appear before the

Superior Court for the Judicial District of New Haven at ___9:30 AM___ on ___3/21/16___

then and there to show cause why the Court should not vacate the arbitration award as prayed for

in the foregoing Motion to Vacate the Arbitration Award and application.

Dated at New Haven, on _____.

Service to be made by
March 1, 2016. Hearing to
be held in courtroom 5E at
235 Church St. New Haven, CT
06333.

BY THE COURT

_____

Assistant Clerk

101